NO. 07-06-0211-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

DECEMBER 7, 2006
_____

ERSKINE L.T. ALLEN, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 22,580; HON. CECIL PURYEAR, PRESIDING
_____

*Abatement and Remand*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Erskine L.T. Allen, Jr. (appellant) perfected an appeal from the trial court's denial of his motion for DNA testing. Pending before this court is his appointed counsel's motion to withdraw. From the contents of the motion, it appears that a conflict of interest exists between appellant and his appointed counsel. Thus, we grant the motion of counsel to withdraw. We further abate and remand the case to the 137th Judicial District Court and order the judge of that court to appoint new counsel to represent appellant in this appeal.

The name, address, telephone number, and state bar number of the newly appointed attorney shall be included in the order of appointment. The trial judge shall also cause the order appointing new counsel to be filed with this court, on or before January 5, 2007, via a supplemental clerk's record. Finally, the appellant's brief (which may include an *Anders* brief if warranted) will be due on or before February 5, 2007.

It is so ordered.

Per Curiam

Do not publish.